UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 14-20205-LENARD/GOODMAN

18 U.S.C. § 1029(a)(3)
18 U.S.C. § 1028A(a)(1)
18 U.S.C. § 1029(c)(1)(C)



UNITED STATES OF AMERICA

vs.

PROVIDENCIA LLANOS,
   a/k/a "Providensia Llanos,"
   a/k/a "Providencia Allison,"

        Defendant.
_____/

### INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about March 18, 2014, in Miami-Dade County, in the Southern District of Florida, the defendant,

**PROVIDENCIA LLANOS,**
a/k/a "Providensia Llanos,"
a/k/a "Providencia Allison,"

did knowingly, and with intent to defraud, possess fifteen (15) or more unauthorized access devices, that is, social security numbers, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1029(a)(3) and 2.

### COUNTS 2-7

On or about March 18, 2014, in Miami-Dade County, in the Southern District of Florida, the defendant,

**PROVIDENCIA LLANOS,**
a/k/a "Providensia Llanos,"
a/k/a "Providencia Allison,"

during and in relation to a felony violation of Title 18, United States Code, Section 1029(a)(3), that is, possession of fifteen (15) or more unauthorized access devices, that is, social security numbers, as charged in Count 1, did knowingly transfer, possess, and use, without lawful authority, the means of identification of another person, as specified in each count below:

| Count | Means of Identification |
|---|---|
| 2 | Name and Social Security Number of "K.E." |
| 3 | Name and Social Security Number of "R.K." |
| 4 | Name and Social Security Number of "V.K." |
| 5 | Name and Social Security Number of "A.L." |
| 6 | Name and Social Security Number of "D.L." |
| 7 | Name and Social Security Number of "J.R." |

In violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## FORFEITURE ALLEGATIONS

1.  The allegations in Count 1 of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which defendant has an interest.

2.  Upon conviction of a violation of Title 18, United States Code, Section 1029, the defendant shall forfeit to the United States any property constituting or derived from any proceeds that the defendant obtained, directly or indirectly, as the result of such violation and any personal property that the defendant used or intended to be used to commit the offense, pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1029(c)(1)(C).

2

All pursuant to Title 18, United States Code, Sections 982(a)(2)(B), 1029(c)(1)(C), and 1029(c)(2), and the procedures set forth at Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
GERA R. PEOPLES
ASSISTANT UNITED STATES ATTORNEY

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA                    CASE NO. _____

vs.

**Providencia Llanos,** a/k/a "Providensia Llanos,"
a/k/a "Providencia Allison,"

**Defendant.**
_____/            **Superseding Case Information:**

**Court Division**: (Select One)              New Defendant(s)        Yes ____  No ____
                                              Number of New Defendants
  x  Miami  ____ Key West                     Total number of counts
  ____ FTL   ____ WPB    ____ FTP

        I do hereby certify that:

    1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

    2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

    3.  Interpreter:     (Yes or No)     No
        List language and/or dialect

    4.  This case will take    3   days for the parties to try.

    5.  Please check appropriate category and type of offense listed below:

        (Check only one)                              (Check only one)

        I     0  to   5 days     x             Petty
        II    6  to 10 days                    Minor
        III   11 to 20 days                    Misdem.
        IV    21 to 60 days                    Felony        x
        V     61 days and over

    6.  Has this case been previously filed in this District Court? (Yes or No)    No
        If yes:
        Judge: _____   Case No. _____
        (Attach copy of dispositive order)
        Has a complaint been filed in this matter?   (Yes or No)    No
        If yes:
        Magistrate Case No. _____
        Related Miscellaneous numbers: _____
        Defendant(s) in federal custody as of _____
        Defendant(s) in state custody as of _____
        Rule 20 from the _____  District of _____

        Is this a potential death penalty case? (Yes or No)    No

    7.  Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?        ____ Yes    x  No

    8.  Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?      ____ Yes    x  No

                                              _____
                                              GERA R. PEOPLES
                                              ASSISTANT UNITED STATES ATTORNEY
                                              Florida Bar No. 0450022

*Penalty Sheet(s) attached

REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: <u>PROVIDENCIA LLANOS a/k/a "Providensia" a/k/a "Providencia Allison"</u>

**Case No**: _____

Count #: 1

<u>Access Device Fraud</u>

<u>Title 18, United States Code, Section 1029(a)(3)</u>

**\*Max. Penalty:**    Ten (10) Years' Imprisonment

Counts #: 2-7

<u>Aggravated Identity Theft</u>

<u>Title 18, United States Code, Section 1028A(a)(1)</u>

**\*Max. Penalty:**    Two (2) Years' Imprisonment (Consecutive to Any Other Sentence)

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**